# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  CR-24-257-G |
| ) | |
| DAVID CASTILLO-REYES, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Now before the Court is the Government's Unopposed Motion to Dismiss (Doc. No. 18), filed July 5, 2024.  The Government states that Defendant has been deported from the United States and that dismissal would therefore best serve the ends of justice.

Having considered the Government's argument and the circumstances of this matter, the Court finds that dismissal is in the public interest and that the Motion should be and is hereby GRANTED.  *See* Fed. R. Crim. P. 48(a); *Rinaldi v. United States*, 434 U.S. 22, 29 n.15 (1977); *United States v. Romero*, 360 F.3d 1248, 1251 (10th Cir. 2004).

IT IS THEREFORE ORDERED that the Indictment (Doc. No. 17) filed July 2, 2024, charging Defendant David Castillo-Reyes with violation of Title 8, United States Code, Section 1326(a), is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 26th day of July, 2024.

_____
CHARLES B. GOODWIN
United States District Judge